THE W. S. HOLBROOK, her engines, etc.; Walter S. Holbrook, Claimant-Appellant. THE CHARLES RUNYON, her engines, etc.; Crew Transportation Company, Claimant-Appellant. NEW YORK & PORTO RICO S. S. CO., Libelant-Appellee, v. FRED B. DALZELL & CO., Inc., Respondent-Appellee.

(Circuit Court of Appeals, Second Circuit. December 10, 1923.)

No. 71.

Appeal from the District Court of the United States for the Southern District of New York.

Bigham, Englar & Jones, of New York City (L. J Matteson and R. F. Shaw, both of New York City, of counsel), for appellant Holbrook.

Foley & Martin, of New York City (William J. Martin and George V. A. McCloskey, both of New York City, of counsel), for appellants Crew Transp. Co.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark, of New York City, of counsel), for appellee New York & Porto Rico S. S. Co.

Alexander & Ash, of New York City (Peter Alexander, of New York City, of counsel), for appellee Fred B. Dalzell & Co., Inc.

Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree (294 Fed. 908) affirmed.